```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| KAREN MARCHESANI and KATIE MARY STOCKS,          Plaintiffs,     v.  HEALTHCARE SOLUTIONS and LINCARE HOLDINGS, INC.,          Defendants. | Civil No. 08-3020-JHR-AMD |

## SCHEDULING ORDER

This Matter having come before the Court by way of letter request dated July 17, 2008 from Marc M. Orlow, Esquire, counsel for plaintiffs, for an Order rescheduling the July 30, 2008 initial scheduling conference; and it appearing that counsel for defendants consent to this request; and for good cause shown:

IT IS this **21st** day of **July 2008**, hereby **ORDERED**:

1. The July 30, 2008 initial scheduling conference is **RESCHEDULED** to **September 2, 2008 at 9:45 A.M.** before the undersigned in Room 2010, Mitchell H. Cohen U.S. Courthouse, Camden, New Jersey.

                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    United States Magistrate Judge

cc:  Hon. Joseph H. Rodriguez